DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HILTON M. WIENER,**
Appellant,

v.

**ILA WIENER** n/k/a **ILA LERNER,**
Appellee.

No. 4D19-3129

[October 29, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 50-2010-DR-009006 SB.

Hilton Wiener, Boca Raton, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***